Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
DUSTIN L. NAWLIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    6:26-mj-00002-HBK |
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE** |
| v. | |
| DUSTIN L. NAWLIN, | (Doc. 12) |
| Defendant. | |

## STIPULATION

The United States of America, through Law Enforcement Specialist (Rule 180) Briana Vollmer and Assistant United States Attorney Brittany Gunter, and Defendant Dustin Nawlin, through counsel Michael McKneely, hereby stipulate:

1.    Defendant was arraigned on January 12, 2026 (ECF 5) and this matter was calendared for a First Status Conference on March 10, 2026 (ECF 8);

2.    Mr. Nawlin has since retained Michael McKneely as counsel of record and counsel filed his notice of appearance on February 23, 2026 (ECF 11);

3.    The government has provided discovery to the defense following counsel's notice of appearance;

4.    The parties agree that there is good cause to vacate the March 10th status conference and reschedule it for May 12, 2026 so that the defense may begin case

STIPULATION AND ORDER RESETTING STATUS CONFERENCE                                    -1-

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

preparation, discovery review, investigation, and plea negotiations.

IT IS SO STIPULATED.

DATED: February 27, 2026          ERIC GRANT
                                  United States Attorney

                                  By:  s/ Briana M. Vollmer
                                       Briana Vollmer
                                       Law Enforcement Specialist (Rule 180)

DATED: February 27, 2026          McKNEELY LAW FIRM

                                  By:  s/ Michael McKneely
                                       Michael McKneely
                                       Attorneys for Dustin Nawlin

## **ORDER**

Finding good cause, the Court GRANTS (Doc. 12) the parties' stipulated motion for a continuance. The First Status Conference scheduled for March 10, 2026 is hereby vacated and rescheduled for May 12, 2026 at 10:00 am in Yosemite.

Dated:    February 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE          -2-